IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JOHN T. PRICE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:09-cv-2176-LSC-TMP |
| ) | |
| CORRECTIONAL OFFICER NATION, et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM OF OPINION

The Magistrate Judge filed a Report and Recommendation on June 7, 2010, recommending that this action, filed pursuant to 42 U.S.C. § 1983, be dismissed under 28 U.S.C. § 1915A(b) for failing to state a claim upon which relief may be granted. On June 29, 2010, the plaintiff filed objections to the Report and Recommendation. (Doc. #18.)

Having carefully reviewed and considered *de novo* all the materials in the Court file, including the Report and Recommendation and the objections thereto, the Court is of the opinion that the Magistrate Judge's Report is due to be and is hereby ADOPTED and the Recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed pursuant to 28 U.S.C. § 1915A(b) for failing to state a claim upon which relief may be granted. A Final Judgment will be entered.

Done this 12th day of July 2010.

L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE

153671